## KENNETH MYERS *v.* COMMISSIONER OF CORRECTION

The petitioner Kenneth Myers' petition for certification for appeal from the Appellate Court, 128 Conn. App. 564 (AC 31621), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Matthew J. Collins*, special public defender, in support of the petition.

*Brenda Hans*, assistant state's attorney, in opposition.

Decided June 23, 2011

## RONALD J. VANCE ET AL. *v.* KENNETH P. TASSMER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 128 Conn. App. 101 (AC 31754), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's granting of the plaintiffs' motion to enforce the settlement agreement?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18807.

*William F. Gallagher* and *Hugh D. Hughes*, in support of the petition.

*Vincent T. McManus, Jr.*, in opposition.

Decided June 23, 2011